# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-789-273**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
2-17-12
Month / Day / Year

APPLICATION RECEIVED
2-17-12

ONE DEPOSIT RECEIVED
2-17-12

FEE RECEIVED

EXAMINED BY
CORRESPONDENCE

---

**DO NOT WRITE ABOVE THIS LINE.**

**1.** TITLE OF THIS ☑ NEWSPAPER / ☐ NEWSLETTER AS IT APPEARS ON THE COPIES ▼

City/State ▼ Los Angeles, CA

Investor's Business Daily

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| November 2011 | 20 | 1061-2830 | Vol. 28 |

If no previous registration under identical title, check here ☐

**2.** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Investor's Business Daily
12655 Beatrice St.
Los Angeles, CA 90066

AUTHOR'S CONTRIBUTION (check all that apply)
☑ Editing   ☐ Compilation   ☑ Text   ☐ Other _____

**3.** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) November 1 2011   (Last) November 30 2011
        Month  Day  Year              Month  Day  Year

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____
Typed or printed name of signer: Heather Davis

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name: Christine Ngo 310.448.6714
Daytime telephone number ( )
Address (if other than given below)
Fax 310.423.5515   Email: Christine.ngo@investors.com

DEPOSIT ACCOUNT
Account number
Name of account

Certificate will be mailed in window envelope to this address:

Name ▼ Christine Ngo
Number/Street/Apt ▼ 12655 Beatrice St.
City/State/ZIP ▼ Los Angeles, CA 90066

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊛ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021